UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MICHAEL and KAROLYN BRADLEY,          No. 02-11609

                      Debtor(s).
_____/

MICHAEL and KAROLYN BRADLEY,

                     Plaintiff(s),

     v.                                      A.P. No. 04-1093

BARRY R. SCHLOM,

                    Defendant(s).
_____/

Memorandum
_____

     Despite being adjudicated in the form of an adversary proceeding, the judgment rendered against defendant Schlom was a sanction for contempt. As such, credit for other settlement payments is not appropriate, so Schlom is not entitled to have the judgment deemed satisfied. However, the court will eliminate the provision for recovery of costs and reduce the sanction to $7,500.00 only provided it is paid promptly. In all other respects, Schlom's motion will be denied. No hearing will be held. Either side may submit an appropriate form of order. Schlom may submit an appropriate form of amended judgment along with proof of his payment of $7,500.00.

Dated: October 25, 2005

                                                           Alan Jaroslovsky
                                                           U.S. Bankruptcy Judge